**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION**

**Civil Action No.  1:11-cv-02373-WJM-BNB**

ELIZABETH E. WILLIAMS,

                Plaintiff,

v.

TRANSUNION,

                Defendant.

**DEFENDANT TRANS UNION LLC'S STATEMENT REGARDING
PLAINTIFF'S NOTICE OF DISMISSAL**

Trans Union LLC ("Trans Union"), the Defendant herein, files this, its Statement Regarding Plaintiff's Notice of Dismissal, as ordered by the Court on July 11, 2012. (Dkt. 22).  Plaintiff Elizabeth E. Williams has filed a Notice of Dismissal without Prejudice with the Court.  Having considered the Notice of Dismissal without Prejudice, Trans Union agrees that the claims and causes of action asserted herein by Plaintiff Elizabeth E. Williams against Defendant Trans Union LLC should be in all respects dismissed without prejudice, with court costs to be paid by the party incurring same.

DATED this 13th  day of July, 2012.

*/s/ Paul W. Sheldon*
_____
**BENTON J. BARTON**
bartonb@hallevans.com
**HALL & EVANS, LLC**
1125 Seventeenth Street, Ste 600
Denver, CO 80202
(303).628.3300
(303).628.3368 Fax
and
**PAUL W. SHELDON**
paul.sheldon@strasburger.com
**STRASBURGER & PRICE, LLP**
2801 Network Boulevard, Suite 600
Frisco, TX 75034
(469) 287-3909
(469) 227-6579 Fax
***Counsel for Trans Union LLC***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of July, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:  None

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Elizabeth E. Williams *(Via CM/RRR)*
13843 Fairfax Street
Thornton, CO 80602
(720) 515-9233
***Pro Se Plaintiff***


*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**